**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER, | CASE NO. CV 12-08649 JST (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, ET AL., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: 2/10/2013

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE