**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br><br>          Plaintiff,<br><br>     vs.<br><br>STATE OF CALIFORNIA<br>DEPARTMENT OF INDUSTRIAL<br>RELATIONS, ET AL.,<br><br>          Defendants. | CASE NO. CV 12-08649 JST (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 2/10/2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE